# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No.: 19CR4089-DMS |
|---|---|
| Plaintiff, | |
| v. | **ORDER FOR JOINT MOTION TO CONTINUE SENTENCING** |
| CESAR SEBASTIAN URIBE, | |
| Defendant. | |

### ORDER

This matter comes before the court upon the parties' joint motion for this Court to continue the sentencing of the Defendant currently scheduled for January 12, 2021, at 1:00 p.m., to February 12, 2021 at 1:00 p.m.; or any date thereafter convenient with the Court's schedule. The Court ORDERS that the parties' joint motion is GRANTED and sentencing is reset for February 12, 2021 at 1:00 p.m. Defendant on bond shall file a signed acknowledgment of next court date by January 12, 2021.

Dated: January 5, 2021

_____
Hon. Dana M. Sabraw
United States District Judge